UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

               Plaintiff,

               v.

TIM LANG, *et al.*,

               Defendants.

Case No. C26-5151-RSM

ORDER

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's Objections, Dkt. #3, and the remainder of the record, the Court hereby finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's proposed Complaint, Dkt. #1, is DISMISSED without prejudice, IFP status is denied, and this case is CLOSED.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 27th day of March, 2026.

_____
Ricardo S. Martinez
United States District Judge

ORDER - 1